STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant McGown

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR- 14-71470 MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESETTING DATE FOR PRELIMINARY HEARING AND EXCLUDING TIME |
| vs. | |
| CURTIS McGOWN, | |
| Defendant. | |

      Curtis McGown is charged by complaint with violation of 18 U.S.C. § 922(g), felon in possession of a firearm. The parties are scheduled to appear for a preliminary hearing or arraignment on December 10, 2014. The government has produced an initial batch of discovery to the defense and the defense has requested additional discovery. Further, the parties are exploring the possibility of a resolution that would not require the government to seek an indictment against the defendant. Accordingly, the parties ask that the Court reset the matter for preliminary hearing on January 8, 2015. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), from December 2, 2014 through January 8, 2015. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective

STIPULATION AND PROPOSED ORDER      1

preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery, conduct investigation, and consult with the defendant. Further, defendant McGown and his counsel waive the provisions of Rule 5.1(c) of the Federal Rules of Criminal Procedure requiring a preliminary hearing to be held within 14 days of his initial appearance.

Dated: December 2, 2014        /s/ Ned Smock
                               NED SMOCK
                               Assistant Federal Public Defender

Dated: December 2, 2014        /s/ William Frentzen
                               WILLIAM FRENTZEN
                               Assistant United States Attorney

## [PROPOSED] ORDER

Given the circumstances set forth above, the Court finds that the ends of justice served by excluding the period from December 2, 2014, to January 8, 2015, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. Accordingly, and with the consent of the defendant, the Court orders that the period from December 2, 2014, to January 8, 2015, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). In addition, good cause having been shown, the time between November 7, 2014, to November 14, 2014, is excluded from the time in which the court must conduct a preliminary hearing under Federal Rule of Criminal Procedure 5.1. The matter is rescheduled for preliminary hearing on January 8, 2015.

Dated: December 3, 2014        /s/ Kandis Westmore
                               HON. KANDIS WESTMORE
                               United States Magistrate Judge

STIPULATION AND PROPOSED ORDER        2