STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant McGown

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR- 14-71470 MAG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER RESETTING DATE FOR |
| vs. | ) | PRELIMINARY HEARING AND |
| | ) | EXCLUDING TIME |
| CURTIS McGOWN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     Curtis McGown is charged by complaint with violation of 18 U.S.C. § 922(g), felon in possession of a firearm. The parties are scheduled to appear for a preliminary hearing or arraignment on January 8, 2015. The government has produced an initial batch of discovery to the defense and the defense has requested additional discovery. Among other things, the defense is seeking to view the physical evidence in the case. Further, the parties are exploring the possibility of a resolution that would not require the government to seek an indictment against the defendant. Accordingly, the parties ask that the Court reset the matter for preliminary hearing on January 28, 2015. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), from January 8, 2015 through January 28, 2015. Failure to grant the requested continuance would

STIPULATION AND PROPOSED ORDER       1

unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery, conduct investigation, and consult with the defendant.  Further, defendant McGown and his counsel waive the provisions of Rule 5.1(c) of the Federal Rules of Criminal Procedure requiring a preliminary hearing to be held within 14 days of his initial appearance.

Dated: January 6, 2015                    /s/ Ned Smock
                                          NED SMOCK
                                          Assistant Federal Public Defender

Dated: January 6, 2015                    /s/ William Frentzen
                                          WILLIAM FRENTZEN
                                          Assistant United States Attorney

## [PROPOSED] ORDER

Given the circumstances set forth above, the Court finds that the ends of justice served by excluding the period from January 8, 2015, to January 28, 2015, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information.  Accordingly, and with the consent of the defendant, the Court orders that the period from January 8, 2015, to January 28, 2015, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).  In addition, good cause having been shown, the time between January 8, 2015 and January 28, 2015 is excluded from the time in which the court must conduct a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  The matter is rescheduled for preliminary hearing on January 28, 2015.

Dated: January  7, 2015                   _____
                                          HON. KANDIS WESTMORE
                                          United States Magistrate Judge

STIPULATION AND PROPOSED ORDER            2